# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harris, Pamela A. | U.S. Court of Appeals, Fourth Circuit | 04/29/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

7201 Wisconsin Avenue
Suite 420
Bethesda, MD 20814

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▨ Revocable Trust |
| 2. | Trustee | ▨ Revocable Trust |
| 3. | Trustee | ▨ Trust |
| 4. | Trustee | ▨ Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/29/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Univ. of VA School of Law, teaching income | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Google LLC - salary, bonus, Alphabet Inc. equity |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Constitution Society | 2/22/2019-2/24/2019 | Charlottsesville, VA | Non-FJC educational program | Food, lodging |
| 2. | Yale Law School | 11/19/2019-11/20/2019 | New Haven, CT | Non-FJC educational program | Transportation, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. SunTrust cash account | A | Interest | J | T | | | | | |
| 2. M&T Bank cash acccount | A | Interest | J | T | | | | | |
| 3. Bank of America cash accounts | D | Interest | O | T | | | | | |
| 4. Northern Trust cash accounts | B | Interest | M | T | | | | | |
| 5. Northwestern Mutual - whole life insurance policies | C | Dividend | M | T | Buy (add'l) | 12/31/19 | J | | |
| 6. Aberdeen US Small Cap Equity Fund | | None | N | T | Buy (add'l) | 06/03/19 | J | | |
| 7. Agilent Technologies Common | B | Dividend | M | T | | | | | |
| 8. Alphabet Inc. Common | | None | P1 | T | Sold (part) | 02/26/19 | M | | |
| 9. | | | | | Sold (part) | 03/01/19 | K | | |
| 10. | | | | | Sold (part) | 06/03/19 | L | | |
| 11. | | | | | Sold (part) | 07/29/19 | M | | |
| 12. | | | | | Sold (part) | 11/04/19 | M | | |
| 13. American Century Equity Growth Fund | A | Dividend | J | T | | | | | |
| 14. American Funds EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 15. American Funds Growth Fund of America | D | Dividend | N | T | Buy (add'l) | 06/03/19 | J | | |
| 16. American International Group Inc. Common | A | Dividend | J | T | | | | | |
| 17. American International Group Inc. Warrants | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Automatic Data Processing Common | D | Dividend | N | T | | | | | |
| 19. | Blackrock Advantage Large Cap Value Fund | D | Dividend | N | T | Buy (add'l) | 06/03/19 | J | | |
| 20. | Blackrock High Yield Bond Portfolio Fund | E | Int./Div. | N | T | Buy (add'l) | 05/15/19 | M | | |
| 21. | | | | | | Buy (add'l) | 12/24/19 | J | | |
| 22. | BNY Mellon Small/Mid Cap Growth Fund | | None | M | T | Buy | 09/20/19 | M | | |
| 23. | Boston Partners All Cap Value Fund | C | Int./Div. | M | T | Buy (add'l) | 06/03/19 | J | | |
| 24. | Broadridge Financial Solutions, Inc. Common | A | Dividend | K | T | | | | | |
| 25. | CDK Global Inc. Common | A | Dividend | K | T | | | | | |
| 26. | Cisco Systems Inc. Common | B | Dividend | K | T | | | | | |
| 27. | Clearbridge Dividend Strategy Fund | C | Dividend | N | T | Buy (add'l) | 06/03/19 | J | | |
| 28. | Cigna Corp Common | A | Dividend | L | T | | | | | |
| 29. | Coca Cola Common | D | Dividend | M | T | | | | | |
| 30. | Davis New York Venture Fund | D | Dividend | N | T | | | | | |
| 31. | Dell Technologies Inc. Common | | None | J | T | | | | | |
| 32. | DFA International Small Company Portfolio Fund | A | Dividend | J | T | Buy (add'l) | 05/16/19 | J | | |
| 33. | | | | | | Buy (add'l) | 08/23/19 | J | | |
| 34. | DFA U.S. Core Equity 1 Portfolio Fund | E | Dividend | P1 | T | Buy (add'l) | 05/15/19 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Discover Financial Services Common | B | Dividend | L | T | | | | | |
| 36. Exxon Mobil Corp. Common | E | Dividend | N | T | | | | | |
| 37. Fidelity Advisor Mid Cap II Fund | A | Dividend | | | Sold | 09/20/19 | N | | |
| 38. Fidelity Advisor New Insights Fund | A | Dividend | N | T | Buy<br>(add'l) | 06/03/19 | J | | |
| 39. First Eagle Global Fund | C | Dividend | M | T | Buy<br>(add'l) | 06/03/19 | J | | |
| 40. Flexshares Morningstar Global Upstream Natural Resources Index Fund | E | Dividend | N | T | Buy<br>(add'l) | 05/16/19 | J | | |
| 41. | | | | | Sold<br>(part) | 08/23/19 | J | | |
| 42. Flexshares STOXX Global Broad Infrastrture Index Fund | C | Dividend | M | T | Buy<br>(add'l) | 05/16/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 08/26/19 | J | | |
| 44. Howard County, MD Municipal Bond | C | Interest | L | T | | | | | |
| 45. IBM Corp. Common | D | Dividend | M | T | | | | | |
| 46. Intel Corp. Common | C | Dividend | M | T | | | | | |
| 47. Janus Enterprise Fund | A | Dividend | K | T | | | | | |
| 48. Johnson & Johnson Common | D | Dividend | N | T | | | | | |
| 49. Keysight Technologies Inc. Common | | None | L | T | | | | | |
| 50. McDonald's Corp. Common | E | Dividend | O | T | | | | | |
| 51. Medtronic PLC Common | D | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merk & Co. Common | D | Dividend | O | T | | | | | |
| 53. MFS Value Fund | B | Dividend | M | T | Buy | 09/20/19 | M | | |
| 54. Morgan Stanley Common | B | Dividend | L | T | | | | | |
| 55. Northern Emerging Markets Equity Index Fund | A | Dividend | J | T | Buy (add'l) | 05/15/19 | J | | |
| 56. | | | | | Sold (part) | 08/23/19 | J | | |
| 57. Northern Global Real Estate Index Fund | D | Dividend | N | T | Buy (add'l) | 05/15/19 | J | | |
| 58. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 59. Northern High Yield Fixed Income Fund | A | Dividend | J | T | Buy (add'l) | 05/15/19 | J | | |
| 60. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 61. Northern International Equity Index Fund | E | Dividend | P1 | T | Buy (add'l) | 05/15/19 | J | | |
| 62. | | | | | Sold (part) | 08/23/19 | J | | |
| 63. Northern Mid Cap Index Fund | D | Dividend | N | T | Buy (add'l) | 12/20/19 | J | | |
| 64. Northern Small Cap Index Fund | B | Dividend | M | T | Buy (add'l) | 05/15/19 | J | | |
| 65. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 66. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 67. Northern Stock Index Fund | A | Dividend | K | T | Buy (add'l) | 05/15/19 | J | | |
| 68. | | | | | Buy (add'l) | 08/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 70. Oakmark International Fund | C | Int./Div. | M | T | Buy<br>(add'l) | 06/03/19 | J | | |
| 71. Pfizer Inc. Common | D | Dividend | N | T | | | | | |
| 72. Prince George's County, MD Municipal Bonds | C | Interest | L | T | | | | | |
| 73. Principal Midcap Fund | C | Dividend | O | T | Buy<br>(add'l) | 06/03/19 | J | | |
| 74. Schlumberger Ltd. Common | C | Dividend | L | T | | | | | |
| 75. SPDR S&P 500 ETF Trust | D | Dividend | N | T | | | | | |
| 76. Texas Instruments Common | E | Dividend | O | T | | | | | |
| 77. Vanguard Developed Markets Index Fund | A | Dividend | L | T | Buy<br>(add'l) | 01/01/19 | J | | |
| 78. Vanguard Emerging Markets Select Stock Fund | D | Dividend | M | T | | | | | |
| 79. Vanguard Emerging Markets Stock Index Fund | A | Dividend | K | T | Buy<br>(add'l) | 01/01/19 | J | | |
| 80. Vanguard Explorer Fund | B | Dividend | M | T | | | | | |
| 81. Vanguard Extended Market Index Fund | B | Dividend | M | T | Buy<br>(add'l) | 01/01/19 | J | | |
| 82. Vanguard 500 Index Trust Fund | B | Dividend | M | T | Buy<br>(add'l) | 01/01/19 | J | | |
| 83. Vanguard Int'l Equity Index Funds Emerging Markets Stock Index Fund | E | Dividend | O | T | | | | | |
| 84. Vanguard International Growth Fund | B | Dividend | M | T | | | | | |
| 85. Vanguard Life Strategy Growth Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Vanguard Mid-Cap Growth Fund | B | Dividend | M | T | | | | | |
| 87.  Vanguard Mid-Cap Index Fund | B | Dividend | M | T | | | | | |
| 88.  Vanguard PrimeCap Core Fund | E | Dividend | O | T | | | | | |
| 89.  Vanguard REIT Index Fund | B | Dividend | M | T | Buy (add'l) | 01/01/19 | J | | |
| 90.  Vanguard Small-Cap Index Fund | B | Dividend | M | T | | | | | |
| 91.  Vanguard Total Bond Market Index Fund | A | Dividend | K | T | Buy (add'l) | 01/01/19 | J | | |
| 92.  Vanguard Total Stock Market Index Fund | B | Dividend | M | T | | | | | |
| 93.  Vanguard U.S. Growth Fund | B | Dividend | L | T | | | | | |
| 94.  Vanguard Wellington Fund | A | Dividend | L | T | | | | | |
| 95.  Vanguard Windsor II Fund | B | Dividend | M | T | | | | | |
| 96.  Western Digital Corp. Common | A | Dividend | K | T | | | | | |
| 97.  Zoetis Inc. Common | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Pamela A.** | 04/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII:

Alphabet Inc. shares (Part VII, lines 8-12) vested monthly throughout the year.

Vanguard funds with purchase date of 01/01/19 (Part VII, lines 77, 79, 81, 82, 89, 91) had purchases throughout 2019 from salary withholding.

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Pamela A. | 04/29/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Pamela A. Harris**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544